

# NUMBER 13-24-00364-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ANTONIETTE ROSE ALVARADO,                                                  Appellant,

v.

ERNESTO PENA III,                                                                        Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 7
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the court on appellant's failure to file a brief. Appellant's brief was originally due to be filed on or before December 16, 2024. On January 7, 2025, the Clerk of the Court notified appellant that appellant's brief was past due. Appellant was further notified that if appellant fails to reasonably explain the failure to file a brief within

ten days from the date of the notice, the appeal shall be dismissed for want of prosecution.

*See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the

Clerk of the Court's notice. Accordingly, the appeal is dismissed for want of prosecution.

*See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
20th day of March, 2025.